**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Jose S Marrero**  JOINT DEBTOR: **Maribel Marrero**  CASE NO.: _____
Last Four Digits of SS# **xxx-xx-7457**  Last Four Digits of SS# **xxx-xx-8039**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **283.14** for months **1** to **36** ;
  B. $ **236.84** for months **37** to **60** ;
  C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -   $ **3,500.00**   TOTAL PAID $ **2,000.00**
          Balance Due  $ **1,500.00** payable $ 41.67 /month (Months **1** to **36**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months __ to __)
Account No: _____   Regular Payment $ _____ /month (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**  Total Due  $ _____
      Payable   $ _____ /month  (Months __ to __)  Regular Payment $ _____

Unsecured Creditors: Pay $**213.16** month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**
**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Capital One Auto Finance: Debtor will pay claim directly .**
**Les Chateaux at International Gardens Co: Debtor will pay claim directly.**
**Space Coast Credit Uni: Debtor will pay claim directly.**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jose S Marrera | /s/ Maribel Marrera |
|---|---|
| **Jose S Marrera** | **Maribel Marrera** |
| Debtor | Joint Debtor |
| Date:  **August 31, 2016** | Date:  **August 31, 2016** |